NO. 07-02-0530-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 10, 2003

_____


TYRONE YARBROUGH, APPELLANT

V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., APPELLEE


_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 87,475-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**


On December 30, 2002, a copy of a Notice of Appeal from an Order of Dismissal in Cause No. 87,475-B in the 181st District Court of Potter County, Texas, was filed with the clerk of this court. The Order of Dismissal was signed on December 2, 2002.

On April 1, 2003, the trial court clerk's record was filed with the clerk of this court. There has not been a reporter's record filed with this court.

By letter dated August 26, 2003, appellant was advised that appellant's brief did not comply with the requirements of Texas Rule of Appellate Procedure 38. The Court directed appellant to re-brief and file a corrected brief on or before September 19, 2003. No response has been received to the letter of August 26, 2003. Neither appellant's corrected brief nor a motion to extend time for filing the corrected brief have been filed.

This appeal is dismissed. TEX. R. APP. P. 38.8(a)(1).

Per Curiam